UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | MJ ACTION NO. 2:23-MJ-00016 |
| § | |
| JOHNATHAN LUCINO SALAZAR § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense that involves a minor victim 18 U.S.C. § 2422(b); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong.  The defendant has significant ties to the community, a job, no criminal history, and no history of substance abuse.  These and other factors weigh in favor of pretrial release.  However, this case involves evidence this 33-year old defendant solicited sexually explicit images from a fifteen year old victim.  The government presented evidence the defendant traveled from Texas to Tennessee by automobile, picked up the

1 / 3

fifteen year old victim and was transporting her back to Texas when he was arrested by state authorities.  Evidence was also submitted that the defendant had sexual interest in the juvenile.  The defendant has in fact been indicted with multiple sexual offenses against the minor.  Evidence of actual physical contact against the juvenile was not presented.  Significantly, after the state authorities released the defendant on bond, he continued to maintain contact with the juvenile.   Also significant to the undersigned is that the defendant's mother is alleged to have traveled with the defendant to pick-up the juvenile.  The defendant lives with his mother and would return to her residence if released on bond.  The circumstances of the defendant's mother's presence during the commission of the offense, make the defendant's mother an unsuitable third-party custodian.  While defense counsel presented many facts and factors that are favorable to the defendant, the defendant has not presented a suitable release plan.  The undersigned finds that the presumption has not been rebutted because the defendant lacks an acceptable release plan.   The defendant is ORDERED detained pending trial.

    The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with

a court proceeding.

ORDERED on January 12, 2023.

_____
Jason B. Libby
United States Magistrate Judge